**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6286**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ASMAR NAFIS NEWSOME, a/k/a Shorty,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Robert G. Doumar, Senior District Judge. (4:10-cr-00053-RGD-FBS-1)

Submitted: May 21, 2015             Decided: May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Asmar Nafis Newsome, Appellant Pro Se. Amy Elizabeth Cross, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Asmar Nafis Newsome appeals the district court's orders denying relief on his motion for a sentence reduction under 18 U.S.C. § 3582(c) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. See U.S Sentencing Guidelines Manual § 1B1.10(b)(2), p.s. (2014). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED